ECONOMY HOLDING CORPORATION, Appellant and Respondent, *v.* CITY OF NEW YORK, Respondent and Appellant.

(Argued January 14, 1936; decided January 28, 1936.)

*Avel B. Silverman* and *Jay A. Gilman* for plaintiff, appellant and respondent.

*Paul Windels, Corporation Counsel (Seymour B. Quel, Paxton Blair* and *Alfred D. Jahr* of counsel), for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.